IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRI APPLETON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-cv-00781 |
| ) | Senior Judge Haynes |
| MIRACLE CHRYSLER PLYMOUTH ) | |
| DODGE, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 17) is **GRANTED** as to Plaintiff's retaliation claim and **DENIED** as to Plaintiff's hostile work environment and sexual harassment claims and the Defendant's Ellerth affirmative defense.

It is so **ORDERED**.

ENTERED this the 26th day of March 2015.

_____
WILLIAM J. HAYNES, JR.
Senior United States District Court