UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRI APPLETON, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:13-cv-00781 |
| | ) JUDGE CRENSHAW |
| MIRACLE CHRYSLER PLYMOUTH DODGE, | ) |
| Defendant. | ) |

### VERDICT FORM

We, the jury, unanimously answer the questions submitted by the Court as follows:

1. Did Miracle Chrysler Plymouth Dodge subject Terri Appleton to a hostile work environment and sexual harassment, as defined in the jury instructions?

    Yes __X__          No _____

If you answer "Yes," then proceed to question 2 to determine Ms. Appleton's damages. If you answer "No," then the foreperson should sign and date this Verdict Form and return it to the court officer.

2. If you find in favor of Ms. Appleton, please set forth her damages, if any, as follows: compensatory (or nominal) damages:          $ 1.00

3. Is Ms. Appleton entitled to punitive damages?

    Yes _____          No __X__

Please sign and date the Verdict Form below and return it to court officer.

9-23-2016
Date                                                            Foreperson